In the Matter of the Application of Samuel P. Tull for Admission to the Bar. — Application granted.    Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Mamie Noll, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion denied, with ten dollars costs.    Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

The New York and New Jersey Telephone Company, Respondent, v. Alexander S. Rosenthal, Individually, and as Justice of the Municipal Court of the City of New York, and Others, Appellants. — Motion denied.    Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Louis Rothbard, Respondent, v. Abels, Gold Realty Company, Appellant.— Motion denied.    Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Zulkind Shapiro and Bertha Shapiro (a Copartnership Composing the Firm of Z. & B. Shapiro), Respondents, v. Levi C. Weir, as President of the Adams Express Company, Appellant.— Motion denied, without costs.    Present —Woodward, Jenks, Hooker, Gaynor and Miller, JJ.   ·

Florence Sullivan, an Infant, by Daniel J. Sullivan, Her Guardian ad Litem, Respondent, v. Richmond Light and Railroad Company, Appellant.— Motion denied, without costs.    Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Charles G. Wessel, Appellant, v. Rosa Sakmann and Joseph A. Hoffman, Respondents.— Motion denied.    Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

· Francis Wilson, Respondent, v. Samuel Collins, Appellant.— Motion granted, with ten dollars costs, unless appellant perfect his appeal within ten days and put the cause at the foot of the calendar for disposition at this term of court, in which case the motion is denied.    Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application of Edward J. Cantwell for Admission to the Bar.— Application granted.    Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Vincenzo Casaregola, as Administrator, etc., of Salvatore Casaregola, Deceased, Appellant, v. The Van Brunt Street and Erie Basin Railroad Company, Respondent.— Judgment unanimously affirmed, with costs.    No opinion.    Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

City Real Estate Company and Edward R. Nichols, Plaintiffs, v. Samuel Greenwood and Others, Defendants.    Ætna Elevator Company, Appellant; Arthur H. Meyers, as Receiver, etc., Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements.— No opinion.    Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Thomas Clark, an Infant, by Annie Clark, His Guardian ad Litem, Respondent, v. Wells, Fargo & Company, Appellant.— Judgment and order of the Munici-